BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTINEZ RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | Case No. 1:15-cv-00929-SKO<br><br>**STIPULATION AND ORDER VOLUNTARILY REMANDING PLAINTIFF'S APPEAL PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

    **IT IS STIPULATED** by and between Plaintiff Jesus Martinez Ramirez ("Plaintiff"), and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, the opinion and testimonial evidence, Plaintiff's residual functional capacity, Plaintiff's ability to return to his past relevant work, or perform other work in the national economy, and if warranted, obtain supplemental vocational evidence. The parties further request that the Clerk of

the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date:  April 13, 2016          NEWEL LAW

By:  */s/ Melissa Newel\**
Melissa Newel
*\*as authorized by email on April 13, 2016*
Attorney for Plaintiff

Date:  April 13, 2016          BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' stipulation to voluntarily remand pursuant to Sentence Four of 42 U.S.C. § 405(g) and to entry of judgment ("Stipulation to Remand"), IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand; and
2. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **April 17, 2016**                    */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2