Melissa Newel (#148563)
NEWEL LAW
352 24th Street
Oakland, CA  94612
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JESUS MARTINEZ RAMIREZ

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
JENNIFER LEE TARN
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8825
jennifer.tarn@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MARTINEZ RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:15-CV-0929 (SKO)<br><br>**STIPULATION ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES AND EXPENSES PURSUANT TO EAJA 28 U.S.C. §2412(d) AND COSTS PURSUANT TO 28 U.S.C.  §1920** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court, that Jesus Martinez Ramirez (Plaintiff) be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 (d), in the amount of five thousand eight hundred thirty two dollars and eight cents ($5,832.08) and ten

dollars and thirty six cents ($10.36) costs, for a total of five thousand eight hundred forty two dollars and forty four cents ($5,842.44). This represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§1920; 2412 (d).

After the Court issues an Order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the attorney fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the Order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: June 7, 2016     NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
JESUS MARTINEZ RAMIREZ

STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES AND EXPENSES PURSUANT TO EAJA

Dated: June 8, 2016

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: Jennifer Tarn*
JENNIFER LEE TARN
(*Authorized by email dated 06/08/2016*)
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Based upon the above Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees and expenses in the amount of five thousand eight hundred thirty two dollars and eight cents ($5,832.08), as authorized by 28 U.S.C. §2412, and ten dollars and thirty six cents ($10.36) costs, pursuant to 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS FURTHER ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 18) is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **June 8, 2016**               /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE